IN THE UNITED STATES District Court For THE MIDDLE District Of Pennsylvania

Thomas D. Nicholson,
    Plaintiff

NO. 4:24-CV-1758

V.

Voorstad, et al
    Defendants

## Motion For THE Appointment Of Counsel

Plaintiff, Thomas D. Nicholson, JR, by and through Peer Educator, Joshua I. Payne, who is an Inmate that is helping Plaintiff with writing and reading all of these filings due to Plaintiff's Mental Unstablitness. Hereby Files this Motion Pursuant to §1915, requests this Court to appoint Counsel to represent Plaintiff in this case for the following reasons.

1. The Plaintiff is unable to afford Counsel.
2. The Issues Involved in this Case are Complex.
3. The Plaintiff, is an Inmate who is Mentally Incompetent and who needs someone to read and write for him.
4. Also, Plaintiff is housed on an General Population block that is only for Inmate's that are Mentally unstable that Can not do for themselfs due to their many Mental health Impairments. This Unit is called the "RTU".
5. Over 30 days ago, the Plaintiff and I wrote letters to different attorneys, asking them to handle this case but he has not heard from any of them.
6. The Plaintiff has no knowledge of the law, and he must relied on a another inmate who is a Peer educated to help him with or to do his reading and writing of all pleadings.

Wherefore, this Court should appoint Counsel to represent the Plaintiff.

Dated:

Respectfully Submitted
BY: _____
Thomas D. Nicholson #EJ4153
SCI-Camp Hill
PO Box 8837
Camp Hill, Pa 17001-8837

Written By: Joshua I. Payne
Joshua I. Payne #GD5980

Thomas Nicholson, JR
SCI Camp Hill
P.O. Box 8837 · 2500 Lisburn Road
Camp Hill, PA 17001

Inmate Mail
PA DEPT. OF
CORRECTIONS

US POSTAGE
ZIP 17011  $ 00(
02 4W
0000375947 OCT 2

Office of the Clerk
United States District Court
for the Middle District of Pennsylvania
U.S. Courthouse
240 West Third Street, Suite 218
Williamsport, PA 17701

RECEIVED
WILLIAMSPORT
OCT 25 2024
PER EA
DEPUTY CLERK

17701136460 C002