IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS D. NICHOLSON, JR., | No. 4:24-CV-01758 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| THEODOOR VOORSTAD, MD, *et al.*, | |
| Defendants. | |

# ORDER

**AND NOW**, this 8th day of December 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. The motion to dismiss (Doc. 17) by defendants Pennsylvania State Police and Pennsylvania Department of Corrections is **GRANTED**. All Section 1983 claims against Pennsylvania State Police and Pennsylvania Department of Corrections are **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted.

2. The Clerk of Court is directed to terminate defendants Pennsylvania State Police and Pennsylvania Department of Corrections.

3. The motion to dismiss following bankruptcy discharge (Doc. 23) by defendant Wellpath, LLC is **GRANTED**. Any and all claims asserted against defendant Wellpath in the above-captioned action are **DISMISSED** without prejudice to Plaintiff's right to pursue appropriate relief through the bankruptcy court.

4. The Clerk of Court is directed to terminate defendant Wellpath, LLC.

5.     The motion to dismiss (Doc. 25) by defendants Wellpath, LLC and Theodoor Voorstad, MD, is **GRANTED** in part and **DENIED** in part. All federal and state-law claims <u>except</u> Plaintiff's individual capacity Section 1983 Eighth Amendment sexual abuse claim against Dr. Voorstad are **DISMISSED** pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted. Plaintiff's state-law claim against Dr. Voorstad of "institutional sexual assault"—which appears to invoke a criminal statute—is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

6.     Plaintiff, if he desires, may file an amended complaint in accordance with the accompanying Memorandum within <u>21 days</u> of the date of this Order.

7.     If no amended complaint is timely filed, this case will proceed on the following Section 1983 claim only: individual capacity Eighth Amendment sexual abuse against defendant Dr. Voorstad.

                                                           BY THE COURT:

                                                           *s/ Matthew W. Brann*
                                                            Matthew W. Brann
                                                            Chief United States District Judge